RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 21 2026
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Southlake Cove DE, LLC / R James Properties Inc, PO Box 451027, Atlanta, Georgia 31145,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN KING, AND ALL OTHER OCCUPANTS, 1301 Southlake Cove Court, Unit 1301, Jonesboro, Georgia 30236,<br><br>Defendant/Removing Party. | Civil Action No.: ________________<br><br>(Removed from Magistrate Court of Clayton County, State of Georgia, Case No. 2026CM17993)<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>1:26-CV-4764 |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION:

Defendant STEVEN KING (hereinafter "Defendant"), appearing pro se, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, removing the above-captioned dispossessory action from the Magistrate Court of Clayton County, State of Georgia (Case No. 2026CM17993) to this Court.

### I. STATE COURT PROCEEDINGS

1. On or about July 15, 2026, Plaintiff Southlake Cove DE, LLC / R James Properties Inc, by and through its attorney Gracy Barksdale, Bar No. 037945, PO Box 311856, Atlanta, GA 31131, (404) 349-7769 and agent/affiant Maria (Lilly) Ferrufino (Agent), (678) 610-8919, filed a Dispossessory Affidavit against Defendant in the Magistrate Court of Clayton County, State of Georgia, assigned Case No. 2026CM17993.

2. The dispossessory action concerns Defendant's tenancy at 1301 Southlake Cove Court, Unit 1301, Jonesboro, Georgia 30236, located in Clayton County ("the Property"). The state court is located at 9151 Tara Boulevard, Room 2TC08, Jonesboro, Georgia 30236.

3. This Notice of Removal is timely filed within thirty (30) days of Defendant's receipt of process, as required by 28 U.S.C. § 1446(b).

## II. PLAINTIFF'S CLAIMS IN THE STATE COURT ACTION

4. In the dispossessory affidavit, Plaintiff alleges that Defendant fails to pay the rent which is now past due.

5. Plaintiff demands: (a) possession of the premises; (b) past due rent of $3,600.00 for May, June, and July 2026; (c) rent accruing at $38.71 to $40.00 per day depending on the month; (d) court fee of $79.00, filing fee of $200.00, late fees of $300.00, and water and sewer charges of $195.00.

## III. BASIS FOR FEDERAL JURISDICTION

This Court has original jurisdiction over this matter on the following grounds:

**A. Federal Question Jurisdiction — 28 U.S.C. § 1331**

This action arises under the Constitution and laws of the United States. Defendant asserts defenses and counterclaims arising under federal law, including but not limited to:

(a) The Fair Housing Act, 42 U.S.C. §§ 3604 and 3617, which prohibits discriminatory housing practices and retaliatory eviction based on protected class status;

(b) 42 U.S.C. § 1983 — deprivation of civil rights under color of state law, including Defendant's rights under the Fourteenth Amendment to the United States Constitution (due process and equal protection);

(c) The Americans with Disabilities Act (ADA), 42 U.S.C. § 12101, et seq., if applicable;

(d) Such other federal statutes and constitutional provisions as Defendant may identify upon further review and discovery.

**B. Supplemental Jurisdiction — 28 U.S.C. § 1367**

To the extent any claims herein arise under state law, this Court has supplemental jurisdiction over such claims as they form part of the same case or controversy.

## IV. VENUE

6. Venue is proper in the Atlanta Division of the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1441(a), because Clayton County, Georgia — where the state court action is pending — is located within this District and Division.

## V. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant, including the Dispossessory Affidavit and Summons (filed July 15, 2026), are attached hereto as Exhibit A.

8. Pursuant to 28 U.S.C. § 1446(d), promptly upon filing this Notice, Defendant will file a copy with the Clerk of the Magistrate Court of Clayton County, State of Georgia and serve a copy upon Plaintiff's counsel, Gracy Barksdale, Bar No. 037945, PO Box 311856, Atlanta, GA 31131, (404) 349-7769.

9. Defendant has not previously sought removal or similar relief in any federal court regarding this dispossessory action.

## VI. RESERVATION OF RIGHTS AND DEFENSES

By filing this Notice of Removal, Defendant does not waive any defenses, objections, or counterclaims available under applicable law.

## VII. PRAYER FOR RELIEF

WHEREFORE, Defendant STEVEN KING respectfully requests that this Court:

(a) Accept removal of this action from the Magistrate Court of Clayton County, Georgia;

(b) Assume full jurisdiction over this matter;

(c) Stay all proceedings in the Magistrate Court of Clayton County, Georgia pending resolution; and

(d) Grant such other and further relief as this Court deems just and proper.

Respectfully submitted, this _______ day of _______________, 2026.

_______________________________________

**STEVEN KING, Defendant Pro Se**
1301 Southlake Cove Court, Unit 1301
Jonesboro, Georgia 30236
Phone: (404) 494-5280
Email: Marchbaby27@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this _______ day of _______________, 2026, I served a copy upon Plaintiff's counsel Gracy Barksdale, Bar No. 037945, PO Box 311856, Atlanta, GA 31131, (404) 349-7769 by U.S. Mail / Hand Delivery / Email, and filed a copy with the Clerk of the Magistrate Court of Clayton County, State of Georgia, Case No. 2026CM17993.

_______________________________________

**STEVEN KING, Defendant Pro Se**

EXHIBIT A — Dispossessory Affidavit & Summons, Clayton County Magistrate Court, Case No. 2026CM17993 (attach copies here)

# MAGISTRATE COURT OF CLAYTON COUNTY

DISPOSSESSORY PROCEEDING

Clerk of Magistrate Court
9151 Tara Boulevard
Room 2TC08
Jonesboro, GA 30236-4912

EFILED
CLAYTON COUNTY, GA
7/15/2026 5:26 PM
Chanae Q. Clemons
CLERK MAGISTRATE COURT

2026CM17993

Southlake Cove DE, LLC, R James Properties Inc
P.O. Box 451027
Atlanta, GA 31145
PLAINTIFF'S NAME, ADDRESS & PHONE NO.

VS.

Steven King, and All Other Occupants
1301 Southlake Cove Court, Unit 1301
Jonesboro, GA 30236
DEFENDANT'S NAME & ADDRESS

Gracy Barksdale 037945
P. O. Box 311856
Atlanta, GA 31131 (404) 349-7769
PLAINTIFF'S ATTY. NAME, ADDRESS & PHONE

1. Defendant is in possession as tenant of premises at the address in Clayton County as stated.
2. Affiant is the ( ) Owner. ( ) Attorney. (X) Agent. ( ) Lessee of the owner of said premises.
3. Tenant: (X) fails to pay the rent which is now past due.
   ( ) holds the premises over and beyond the term for which they were rented or leased to him.
   ( ) other grounds: ______
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS:

(a) possession of the premises.
(b) past due rent of $ 3,600.00 for the month(s) of MAY, JUN, JUL
(c) rent accruing up to the date of judgment or vacancy at the rate of $ 30: 40.00 \ 31: 38.71 per Month
(d) other: $79.00 Court + $200.00 Filing Fee + $300.00 Late Fees + $195.00 Water & Sewer

*By affixing this electronic verification, oath, or affidavit to the pleading(s) submitted to the court and attaching my electronic signature hereon, I do hereby swear or affirm that the statements set forth in the above pleadings(s) are true and correct.*

Sworn to and subscribed on 15th July, 20 26

/s/ Maria (Lilly) Ferrufino
Signature of Affiant

Maria (Lilly) Ferrufino
Name of Affiant (Print or Type)

(678) 610-8919
Phone Number/ Email Address

Witness the Honorable Chief Judge Keisha Wright Hill of said Court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A. §44-7-50 and summons issued pursuant thereto.

______
Magistrate/Deputy Clerk/ Notary Public

## SUMMONS

TO THE SHERIFF OF CLAYTON COUNTY or his lawful deputies.

**GREETINGS:** The Defendant must file either an oral or written Answer at the Clerk of Magistrate Court of Clayton County between 8:30 A.M. and 5:00 P.M. or electronically at http://www.odysseyefileGA.com (convenience fee applies) **within seven (7) days from the date of the actual service** unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next business day. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-53.

This ____ day of ______, 20____ LaMiracle Robinson 7/15/2026 5:26 PM DEPUTY CLERK

**ENTRY OF SERVICE (Sheriff/Process Server)**

I have served the foregoing affidavit & summons on the Defendant(s) by delivering a copy of same: ( ) Personally ( ) Notoriously (name) ______ ( ) By posting a copy to the door of the premises & depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant(s) to answer at the hour & place in said summons.

DATE OF SERVICE ______ 7-23-26

DEPUTY SHERIFF/PROCESS SERVER: Print Name ______

Signature ______

**WRIT OF POSSESSION**

You are hereby commanded to remove said defendant(s) and property thereon from said premises and to deliver full and quiet possession of the same to the plaintiff herein; effective 1.) instanter or 2.) seven days from the date of judgment; or 3.) Pursuant to the terms of a consent judgment filed herewith.

This ____ day of ______, 20____

______
Judge, Magistrate Court of Clayton County